16349.  LAWRENCEVILLE COTTON COMPANY *v.* SOUTHERN RAIL-
WAY COMPANY.

BELL, J.  This court is without jurisdiction to entertain a bill of excep-
tions which fails to assign error upon a final judgment.  Civil Code
(1910), § 6138.  A judgment striking a plea is not a final judgment.
The instant bill of exceptions, having complained only of the judgment
striking the defendant's plea, must be dismissed; and this is true even
though it appears in the record that the case was finally terminated by
a judgment in favor of the plaintiff.  *Pierce* v. *Felts,* 23 *Ga. App.*
665 (99 S. E. 139).
　　*Writ of error dismissed.  Jenkins, P. J., and Stephens, J., concur.*
　　　　　　　DECIDED SEPTEMBER 9, 1925.

Complaint; from Gwinnett superior court—Judge Stark.  March
6, 1925.

*W. O. Cooper Jr., John C. Houston,* for plaintiff in error.
*Charters & Wheeler, Kelley & Kelley,* contra.